IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

    Plaintiff,                        No. CIV S-10-2563 FCD GGH P

    vs.

SACRAMENTO SHERIFF, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

        By order filed January 11, 2011, the court granted plaintiff thirty days to file a second amended complaint. In the January 11th order, the court informed plaintiff of the deficiencies in his amended complaint. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        For the reasons given in the January 11, 2011, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Any response to the objections shall be filed and
2  served within fourteen days after service of the objections.  Plaintiff is advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  DATED: March 8, 2011

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:035
smit2563.fta